to invent the complaint, [the patient's] version painting himself in an unflattering light, and [the patient's] version having been corroborated by his brother who was present at the scene." We have no reason to reject that credibility determination.

We also affirm the administrative judge's sustaining of the penalty of removal as reasonable. After reviewing the relevant Douglas factors, *Douglas v. Veterans Administration*, 5 MSPB 313, 5 M.S.P.R. 280, 305–06 (1981), she found that McIntosh's "brief tenure and the seriousness of his offense in connection with his position outweigh[ed] the mitigating circumstances [ (provocation) ] surrounding this event." She, therefore, properly concluded that the agency did not abuse its discretion in removing McIntosh.

We have considered McIntosh's other contentions, but deem them unpersuasive. The decision of the Board affirming McIntosh's removal is

*AFFIRMED.*

Dawn E. Goodman, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General; Jeanne E. Davidson, Director; Reginald T. Blades, Jr., Assistant Director; and David M. Hibey, Trial Attorney. Of counsel was Bryant G. Snee, Assistant Director.

Before BRYSON, Circuit Judge, ARCHER, Senior Circuit Judge, and PROST, Circuit Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36

---

Howard L. **FRANKLIN**, Petitioner,

v.

**DEPARTMENT OF the TREASURY**,
Respondent.

No. 2008–3053.

United States Court of Appeals,
Federal Circuit.

June 9, 2008.

Darrell J. O'Neal, of Memphis, TN, argued for petitioner.

Daniel A. **AYRES**, Petitioner,

v.

**DEPARTMENT OF HOMELAND SECURITY**, Respondent.

No. 2008–3009.

United States Court of Appeals,
Federal Circuit.

June 9, 2008.